THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURTON N. PUGACH, Appellant, v. HENRY J. NOBLE, as Warden of the New York City Penitentiary, Respondent.— Final order, entered on February 10, 1961, dismissing a writ of habeas corpus, which sought the release of the relator on the ground that the indictment for maiming had been abandoned as a matter of law, and remanding relator to the custody of the respondent, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT G. MEYER.— Motion for an enlargement of time granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

DOLORES R. PIGOTT et al., v. BETTE FIELD, as Executrix.— Motion for a stay granted on condition that the defendants-appellants procure the record on appeal and appellants' points to be served and filed on or before March 23, 1961, with notice of argument for the April 1961 Term of this court, said appeals to be argued or submitted when reached. Respondents' brief is to be served and filed on or before March 31, 1961. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.